May 17, 1973

Ace Industrial Sewing Machine Company v.
Galgan Realty Corp., Appellant.

Argued March 19, 1973.  *Gilbert B. Abramson*, with him *Eilberg, Corson & Getson*, for appellant; *Samuel B. Brenner*, with him *Brenner & Brenner*, for appellee.

Judgment affirmed.

Acme Cotton Products Co., Inc. v. Michael
McDonough, Inc., Appellant.

Argued March 26, 1973.  *Barry L. Weiser*, with him *Edward M. Snyder Associates*, for appellant; *Van Weiss*, with him *Charles Blasband*, for appellee.

Judgment affirmed.